14-15-242-CV

In The

Fourteenth Court Of Appeals

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

MAR 19 2015

CHRISTOPHER A. PRINE
CLERK

In Re

Nathaniel Jones III, pro se
Relator,

v.

Honorable Jaclanel McFarland, Judge
133rd Judicial District Court
Houston, Harris County, Texas
Respondent.

Relator's Motion To Proceed In Forma Pauperis

To The Honorable Fourteenth Court Of Appeals:

Comes Now, Nathaniel Jones III, Relator in the above styled and entitled cause, and files this his Relator's Motion To Proceed In Forma Pauperis pursuant to Tex. R. App. P. 20 et seq. and in further support thereof states the following:

1. I am unable to pay court costs in this matter.

2. I am presently incarcerated in the Texas Department of Criminal Justice - Institutional Division, Mark Stiles Unit, Beaumont, Jefferson County, Texas, #1666292, where I am not permitted to earn or handle money.

3. I have no source of income or spousal income.

4. I currently have about $.13 credited to me in the Inmate Trust Fund.

5. I do not receive any governmental entitlements.

6. I neither own nor have any interest in any realty, stocks, bonds, or bank accounts and receive no interest or dividend income from any source.

7. I have no collateral or income which could be used to obtain a loan for court costs.

8. I have no dependents.

2

9. I owe no restitution.

10. I have total debt of approximately $7,000.

11. My monthly expenses are approximately $50.

12. I have no attorney providing legal services on a contingent fee basis.

13. I have no attorney providing legal services for free.

14. I, Nathaniel Jones III, # 1666292, verify under penalty of perjury pursuant to Tex. Civ. Prac. and Rem. Code § 132.001 to 132.003 that the foregoing statements are true and correct.

For these reasons, Relator respectfully urges this Honorable Court to grant his Relator's Motion To Proceed In Forma Pauperis.

Respectfully submitted,
Nathaniel Jones III

3

In The
Fourteenth Court Of Appeals


In Re
Nathaniel Jones, III, pro se
Relator,


V.


Honorable Jaclanel Mc Farland, Judge
133rd Judicial District Court
Houston, Harris County, Texas
Respondent.


Relator's Affidavit In Support Of His Motion
To Proceed In Forma Pauperis

To The Honorable Fourteenth Court Of Appeals:

Comes Now, Nathaniel Jones III, Relator
in the above styled and entitled cause, and
files this his affidavit in support of his
motion to proceed in forma pauperis and
states the following:

1. The facts, as set forth in Relator's motion to proceed in forma pauperis (submitted herewith), are hereby incorporated by reference pursuant to Tex. R. Civ. P. 58.

2. Relator, Nathaniel Jones III, verify under penalty of perjury pursuant to Tex. Civ. Prac. and Rem. Code § 132.001 to 132.003 that the foregoing statements are true and correct.

Nathaniel Jones III